UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                   Case No. 22-20412

v.

                                               HON. MARK A. GOLDSMITH

TERRY L. SCOTT, JR.,

    Defendant.

_____/

## ORDER ACCEPTING DEFENDANT'S REQUEST TO FILE REPLY (Dkt. 58)

On November 19, 2025, the Court received a letter from Defendant Terry L. Scott. 11/19/25 Letter (Dkt. 58). In it, he explains that he mailed a reply brief to his pending motion under 18 U.S.C. § 2255, via certified and tracked United States mail. He attached a photo copy of his certified mail receipt, which is stamped with a date of July 23, 2025. Id. at PageID.327. He states that this brief was returned to him undelivered, and enclosed a copy the undelivered return to sender envelope dated November 7, 2025. Id. at PageID.326.

Scott asks the Court to accept his reply brief for filing, despite it being past due. The reply is not enclosed with his request.

In its discretion, the Court will accept Scott's reply brief. Scott is ordered to mail his reply brief to the Court no later than December 8, 2025.

SO ORDERED.

Dated: November 21, 2025                          s/Mark A. Goldsmith
Detroit, Michigan                                MARK A. GOLDSMITH
                                                            United States District Judge